1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ANNA TRYON PLETCHER (CABN 239730)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:    (415) 436-7129
7      Facsimile:    (415) 436-7234
       Email: anna.pletcher2@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   CR No.: 10-0158 JSW
                                     )
15         Plaintiff,                )
                                     )
16     v.                            )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME UNDER 18**
17  RAYMOND LUNA,                    )   **U.S.C. § 3161**
                                     )
18                                   )
           Defendant.                )
19  _____  )

20

21      On May 6, 2010, the parties in this case appeared before the Court for a status conference.

22  At that time, the Court set a further status / change of plea hearing for May 13, 2010 at 2:30 p.m.

23  The hearing was continued to May 13, 2010 because the defendant was ill and unable to appear

24  in court on May 6, 2010.  The parties have agreed that, pursuant to 18 U.S.C. § 3161(h)(4), the

25  time period between May 6, 2010 and May 13, 2010 is properly excluded from any time limits

26  applicable under 18 U.S.C. § 3161.  The parties also agree that the ends of justice served by

27  \\

28  \\

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0158 JSW                                                                                      1

granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: May 11, 2010                     /s/
                                        ANNA TRYON PLETCHER
                                        Special Assistant United States Attorney

DATED: May 11, 2010                     /s/
                                        LOREN STEWART
                                        Attorney for RAYMOND LUNA

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

2  For the reasons stated above, the Court finds that the exclusion from the time limits
3  applicable under 18 U.S.C. § 3161 of the period from May 6, 2010 through May 13, 2010 is
4  warranted and that the ends of justice served by the continuance outweigh the best interests of the
5  public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(4) and (7)(A).

7  IT IS SO ORDERED.

9  DATED: May 11, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Judge